

1998 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-23-1998

# United States v. Electrodyne Sys Corp

Precedential or Non-Precedential:

Docket 97-5366

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

Recommended Citation

"United States v. Electrodyne Sys Corp" (1998). *1998 Decisions.* Paper 233.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/233

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                  UNITED STATES COURT OF APPEALS
                     FOR THE THIRD CIRCUIT




                          No. 97-5366
                 USA v. Electrodyne Systems Corp.


         The following modifications have been made to the Court's
    opinion issued on June 10, 1998 in the above-entitled appeal and
    will appear as part of the final version of the opinion:



         Page 252 (147 F.3d 250) Making a False Statement During Plea
    "Allocation" should be "Allocution"




                                       /s/ P. Douglas Sisk,
                                              Clerk




    September 23, 1998
```